[No. 19207–8–I.  Division One.  January 20, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. TOMMY FLOYD PRICE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–00700–4, George T. Mattson, J., entered September 9, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Grosse, JJ.

[No. 19400–3–I.  Division One.  January 20, 1988.]

GERRY SPORTSWEAR CORPORATION, ET AL, *Respondents,* v. JAMES T. SHANAHAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–10859–9, Terrence A. Carroll, J., entered September 9, 1986. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Coleman and Grosse, JJ.

[No. 19888–2–I.  Division One.  January 20, 1988.]

HOLIDAY PARK, INC., *Appellant,* v. BIRCH BAY REAL ESTATE, INC., *Respondent,* PACIFIC FIRST FEDERAL SAVINGS BANK, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 85–2–01044–9, Byron L. Swedberg, J., entered January 21, 1987. *Reversed* by unpublished opinion per Webster, J., concurred in by Williams and Pekelis, JJ.

[No. 19830–1–I.  Division One.  January 20, 1988.]

MARIANNE CROSS, *Appellant,* v. UNITED INVESTORS LIFE INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–06742–0, Susan R. Agid, J., entered December 22, 1986. *Remanded with instructions* by unpublished opinion per Coleman, J., concurred in by Williams, J., and Cole, J. Pro Tem.